B6F (Official Form 6F) (12/07)

In re **Khairul Qureshi, Jennifer Qureshi**, Debtors

Case No. **11-19048**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | **W** | | | | | **150.00** |
| Account No.<br>**Ameriprise Bank**<br>**c/o P. George Eliades, II**<br>**PO Box 1007**<br>**Hopewell, VA 23860** | | **J** | | | | | **66,000.00** |
| Account No.<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | **W** | | | | | **500.00** |
| Account No.<br>**Macy's**<br>**Bankruptcy Processing**<br>**PO Box 8053**<br>**Mason, OH 45040** | | **W** | | | | | **500.00** |

**2** continuation sheets attached

Subtotal (Total of this page) **67,150.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Khairul Qureshi,**
**Jennifer Qureshi**, Debtors

Case No. **11-19048**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Midland Funding LLC**<br>**8875 Aero Drive, Suite 200**<br>**San Diego, CA 92123** | | **J** | | | | | **7,762.00** |
| Account No.<br>**Orchard Bank**<br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD 21297** | | **J** | | | | | **750.00** |
| Account No.<br>**Paypal**<br>**2211 North First Street**<br>**San Jose, CA 95131** | | **H** | | | | | **3,000.00** |
| Account No.<br>**Prince William Hospital**<br>**PO Box 2004**<br>**Merrifield, VA 22116-2004** | | **H** | | | | | **4,600.00** |
| Account No.<br>**Regency Realty Group, Inc.**<br>**One Independent Dr., Suite 114**<br>**Jacksonville, FL 32202** | **X** | **J** | | | | | **Unknown** |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16,112.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Khairul Qureshi,**
**Jennifer Qureshi**, Debtors

Case No. **11-19048**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Sears**<br>**PO Box 6282**<br>**Sioux Falls, SD 57117-6282** | | **J** | | | | | **3,000.00** |
| Account No.<br>**Selena Hussein**<br>**13518 Sierra Drive**<br>**Clifton, VA 20124** | | **J** | | | | | **16,000.00** |
| Account No.<br>**Towfique Choudhury**<br>**9307 Meadow Crossing Way**<br>**Fairfax Station, VA 22039** | **X** | **J** | | | | | **40,000.00** |
| Account No.<br>**Walmart/GE Money Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | **J** | | | | | **258.00** |
| Account No. | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **59,258.00**

Total (Report on Summary of Schedules): **142,520.00**

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Khairul Qureshi**
**Jennifer Qureshi**
Debtor(s)

Case No. **11-19048**
Chapter **7**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **March 23, 2012**

Signature **/s/ Khairul Qureshi**
**Khairul Qureshi**
Debtor

Date **March 23, 2012**

Signature **/s/ Jennifer Qureshi**
**Jennifer Qureshi**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy