B18J (Form 18J) (08/07)

# United States Bankruptcy Court

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

**Case Number** 11−19048−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Khairul Qureshi
14009 B Grumble Jones Ct.
Centreville, VA 20121

Jennifer Qureshi
14009 B Grumble Jones Ct.
Centreville, VA 20121

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7201
Joint Debtor: xxx−xx−0170

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA
Joint Debtor: NA

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

Khairul Qureshi and Jennifer Qureshi are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: April 2, 2012

William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:
Khairul Qureshi
Jennifer Qureshi
Debtors

Case No. 11-19048-BFK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0422-9 User: admin Page 1 of 3 Date Rcvd: Apr 03, 2012
Form ID: B18 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2012.

db/jdb +Khairul Qureshi, Jennifer Qureshi, 14009 B Grumble Jones Ct., Centreville, VA 20121-2669
10881191 Bayview Loan Servicing, PO Box 331409, Miami, FL 33233-1409
10881193 +Dominion Law Associates, 222 Central Park Avenue, #210, Virginia Beach, VA 23462-3024
10881194 +Erfan Kabir, 7804 Thornfield Court, Fairfax Station, VA 22039-3179
10881195 +Jacqueline Choudhury, 11104 Split Rail Lane, Fairfax Station, VA 22039-1704
10881200 Prince William Hospital, PO Box 2004, Merrifield, VA 22116-2004
10881201 +Regency Realty Group, Inc., One Independent Dr., Suite 114, Jacksonville, FL 32202-5005
10881204 +Selena Hussein, 13518 Sierra Drive, Clifton, VA 20124-1053
10881205 +Tahmina Kabir, 7804 Thornfield Court, Fairfax Station, VA 22039-3179
10881209 +Zahidul Choudhury, 11104 Split Rail Lane, Fairfax Station, VA 22039-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

10881190 EDI: PHINAMERI.COM Apr 04 2012 02:28:00 AmeriCredit, PO Box 78143, Phoenix, AZ 85062-8143
10886387 EDI: PHINAMERI.COM Apr 04 2012 02:28:00 Americredit Financial Services, Inc., PO Box 183853, Arlington, Tx 76096
10881189 EDI: AMEREXPR.COM Apr 04 2012 02:28:00 American Express, PO Box 981535, El Paso, TX 79998-1535
10925291 +EDI: ATLASACQU.COM Apr 04 2012 02:28:00 Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
10881192 EDI: CAPITALONE.COM Apr 04 2012 02:28:00 Capital One, PO Box 30285, Salt Lake City, UT 84130-0285
10881196 +EDI: TSYS2.COM Apr 04 2012 02:28:00 Macy’s, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053
10881197 +EDI: MID8.COM Apr 04 2012 02:28:00 Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255
10881198 +EDI: HFC.COM Apr 04 2012 02:28:00 Orchard Bank, HSBC Card Services, PO Box 17051, Baltimore, MD 21297-1051
10881199 +E-mail/Text: recovery@paypal.com Apr 04 2012 02:43:38 Paypal, 2211 North First Street, San Jose, CA 95131-2021
10881203 EDI: SEARS.COM Apr 04 2012 02:28:00 Sears, PO Box 6282, Sioux Falls, SD 57117-6282
10881206 +EDI: RMSC.COM Apr 04 2012 02:28:00 Walmart/GE Money Bank, Attn: Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104
10881207 EDI: WFFC.COM Apr 04 2012 02:28:00 Wells Fargo Bank, N.A., PO Box 4233, Portland, OR 97208-4233

TOTAL: 12

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr* ++AMERICREDIT, PO BOX 183853, ARLINGTON TX 76096-3853
(address filed with court: AmeriCredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096)
cr* +Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303
10881202 ##+Rowshan Chowdhury, 8477 Wasdale Head Drive, Lorton, VA 22079-2792
10881208 ##+Yasmin Chowdhury, 8477 Wasdale Head Drive, Lorton, VA 22079-2792

TOTALS: 0, * 2, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2012** **Signature:** Joseph Speetjens

District/off: 0422-9 User: admin Page 3 of 3 Date Rcvd: Apr 03, 2012
Form ID: B18 Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2012 at the address(es) listed below:

Gordon P. Peyton gppeyton@rpb-law.com, mdavis@rpb-law.com;eklynch@rpb-law.com;va28@ecfcbis.com;edodge@rpb-law.com;gpeyton@ecf.epiqsystems.com

Thomas O. Murphy on behalf of Debtor Khairul Qureshi t.murphy@verizon.net

TOTAL: 2